# United States Bankruptcy Court
## Central District of California

In re   **Dale Alfred Williams**
_____,
                                        Debtor

Case No.  **8:11-bk-17595 RK**

Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **None** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the  of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date_____**June 10, 2011**_____

Signature _**/s/ Dale Alfred Williams**_
          **Dale Alfred Williams**
          Debtor

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

__0__   continuation sheets attached to List of Equity Security Holders

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None.**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None.**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None.**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None.**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _Newport Beach_ , California.          /s/ Dale Alfred Williams
                                                   **Dale Alfred Williams**
Dated     **June 10, 2011**                        *Debtor*

                                                   _____
                                                   *Joint Debtor*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                          F 1015-2.1

B201 - Notice of Available Chapters (Rev. 12/08)                                                                USBC, Central District of California

Name:       **Mike D. Neue 179303**
Address:    **840 Newport Center Drive**
            **Suite 750**
            **Newport Beach, CA 92660**
Telephone:  **(949) 999-2860**        Fax:    **(949) 999-2870**

■  Attorney for Debtor
□  Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names, used by Debtor(s) within last 8 years:<br><br>**Dale Alfred Williams** | Case No.: **8:11-bk-17595 RK** |
| | **NOTICE OF AVAILABLE CHAPTERS**<br><br>(Notice to Individual Consumer Debtor Under § 342(b) of the Bankruptcy Code) |

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

1.    **Services Available from Credit Counseling Agencies**

      **With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and may be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

      **In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

2.    **The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors**

      **Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)**

      1.    Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
      2.    Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
      3.    The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

3. **Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| | |
|---|---|
| **Dale Alfred Williams** | X /s/ Dale Alfred Williams _June 10, 2011_ |
| Printed Name(s) of Debtor(s) | Signature of Debtor                Date |
| Case No. (if known)  **8:11-bk-17595 RK** | X |
| | Signature of Joint Debtor (if any)          Date |

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Central District of California

In re  **Dale Alfred Williams**

_____ ,
Debtor

Case No.  **8:11-bk-17595 RK**
_____

Chapter _____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A,
B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.
Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must
also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 5,312,476.00 | | |
| B - Personal Property | Yes | 10 | 2,016,620.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 3,723,536.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 9,152,146.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 11 | | 80,088,375.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 72,032.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 50,774.00 |
| Total Number of Sheets of ALL Schedules | | 33 | | | |
| Total Assets | | | 7,329,096.00 | | |
| Total Liabilities | | | | 92,964,057.00 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Central District of California

In re    **Dale Alfred Williams**
                                                                        ,
                                        Debtor

Case No.  **8:11-bk-17595 RK**

Chapter                              **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 8,192,530.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 959,616.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 9,152,146.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 72,032.00 |
| Average Expenses (from Schedule J, Line 18) | 50,774.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 70,718.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 4,934.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 9,016,288.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 135,858.00 |
| 4. Total from Schedule F | | 80,088,375.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 80,229,167.00 |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 8:11-17595-RK |
| | ) | |
| DALE ALFRED WILLIAMS, | | |
| Also known as DALE A. WILLIAMS | ) | |
| | ) | Chapter 11 (Voluntary) |
| | ) | |
| Debtor and Debtor-in-Possession | ) | |
| | ) | [No Hearing Required] |
| | ) | |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODS AND
DISCLAIMER REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND
LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS[1]**

These Global Notes and Statement of Limitations, Methods and Disclaimer Regarding the Debtor's Schedules and Statements (collectively, the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of, all the Schedules and Statements. These Global Notes should be referred to, and reviewed in connection with, any review of the Schedules and Statements.

The Schedules of Assets and Liabilities (the "Schedules") and the Statement of Financial Affairs (the "Statements," and collectively with the Schedules, the "Schedules and Statements") of Dale Alfred Williams, Debtor and Debtor-in-Possession in this Chapter 11 voluntary case ("Debtor") have been prepared pursuant to 11 U.S.C. § 521 and Rule 1007 of the Federal Rules of Bankruptcy Procedure by the Debtor with the assistance of his advisors and are unaudited. While the Debtor has made every reasonable effort to ensure that the Schedules and Statements are accurate and complete based on information that was available to him at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and Statements, and inadvertent errors or omissions may exist. Because the Schedules and Statements contain unaudited information which is subject to further review and potential adjustment, there can be no assurance that these Schedules and Statements are complete, without inadvertent errors, omissions or inaccuracies. The Debtor reserves all rights to amend or supplement his Schedules and Statement. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Chapter 11 case (or the Chapter 11 case upon conversion) and specifically with respect to any issues involving equitable subordination and/or causes of action arising under the provisions of Chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers.

---

[1] These notes are in addition to the specific notes contained in the Debtor's Schedules and Statements. The fact that the Debtor has prepared a General Note with respect to a particular Schedule (or Statement) and not to others does not reflect and should not be interpreted as a decision by the Debtor to exclude the applicability of such General Note to any or all of the Debtor's remaining Schedules (or Statements), as appropriate.

Amendment.  While every effort has been made to file complete and accurate Schedules and Statements, inadvertent errors or omissions may exist.  The Debtor reserves all rights to amend and/or supplement his Schedules and Statements as is necessary and appropriate.

Basis of Presentation.  These Schedules and Statements, except as indicated herein, reflect the assets and liabilities of the Debtor as of the Petition Date.  These Schedules and Statements do not purport to represent financial statements prepared in accordance with GAAP nor are they intended to fully reconcile to the financial statements the Debtor may have prepared and issued to financial institutions or other parties-in-interest.

Causes of Action.  The Debtor, despite efforts, may not have set forth all of his causes of action against third parties as assets in his Schedules and Statements.  The Debtor reserves all of his rights with respect to any causes of action he may have and neither these General Notes nor the Schedules and Statements shall be deemed a waiver of any such causes of action.

Claims Description.  Any failure to designate an obligation on the Debtor's Schedules and Statements as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such obligation is not "disputed," "contingent" or "unliquidated." The Debtor reserves the right to dispute any obligation reflected on its Schedules or Statements on any grounds including but not limited to amount, liability or classification, or to otherwise subsequently designate such obligation as "disputed," "contingent" or "unliquidated."

Corporate Guarantees:  The Debtor has a shareholder, partnership or membership interest in several corporations, limited partnerships or limited liability companies, and may have guaranteed certain obligations of those entities.  The Debtor has listed the guarantees in his Schedules and Statements as "potential liabilities", and reserves its rights to dispute any of those guarantees.

Current Market Value.  It would be prohibitively expensive, unduly burdensome and an inefficient use of estate assets for the Debtor to obtain current market valuations of all of his assets.  Accordingly, unless otherwise indicated, net book values are reflected on the Debtor's Schedules and Statements.  For this reason, amounts ultimately realized will vary from net book value and such variance may be material.  In addition, the amounts shown for liabilities exclude items identified as "Unknown" or "Undetermined" and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements.

Dates.  Unless otherwise indicated, all information is as of May 27, 2011 (the "Petition Date").

Estimates.  To close the books and records of the Debtor as of the Petition Date, the Debtor was required to make estimates and assumptions that affect the reported amounts of assets and liabilities and reported revenue and expenses for the period ending May 27, 2011.

Insiders.  The Debtor has included all payments made during the one-year period preceding the Order for Relief to any individual deemed an "insider."  Persons listed as "insiders" have been included for informational purposes only.  The Debtor does not take any position with respect to (a) such persons' influence over the control of the Debtor, (b) the management responsibilities or function of such individuals, (c) the decision-making or corporate authority of such individuals or (d) whether such individuals could successfully argue that they are not "insiders" under applicable

law.

Litigation. Certain litigation actions reflected on the Schedules of the Debtor may relate to one or more of the partnerships, joint ventures or LLC's in which the Debtor is a partner or member, and for which the Debtor may have guaranteed certain obligations. In the interest of full disclosure, Debtor has made every attempt to accurately record these actions in the Schedules and Statements of the Debtor that is party to the action. Some or all of the litigation claims scheduled herein may be subject to subordination under Section 510 of the Bankruptcy Code.

Recharacterization. The Debtor reservse all rights to recharacterize, reclassify, recategorize or redesignate items reported in the Schedules and Statements at a later time as is necessary or appropriate.

Schedule D – Creditors Holding Secured Claims. The Debtor reserves his right to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D. Moreover, although the Debtor may have scheduled claims of various creditors as secured claims, the Debtor reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including, without limitation, any inter-company agreement) related to such creditor's claim. In certain instances, the Debtor may be a co-obligor, co-mortgagor or guarantor with respect to scheduled claims of an affiliate, and no claim set forth on Schedule D of the Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities. The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing in the General Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements. The Debtor reserves the right to supplement and/or amend his Schedules and Statements to list such amounts on Schedule D.

Schedule E – Creditors Holding Unsecured Priority Claims. The listing of creditors on Schedule E is preliminary and is subject to reconciliation and, if necessary, amendment by the Debtor. The Debtor reserves his right to dispute or challenge whether such creditors are entitled to priority claims.

Schedule F – Creditors Holding Unsecured Non-priority Claims. On Schedule F, the Debtor has listed amounts payable to general unsecured creditors as of May 27, 2011 ("The Petition Date"). In an attempt to obtain the most accurate and reliable information by allowing adequate time for all pertinent information to be received and reflected in the Debtor's books and records, the Debtor searched his records as of The Petition Date to determine its unpaid, unsecured obligations as of the Petition Date. Schedule F also contains information regarding potential, pending and closed litigation involving the Debtor. In certain instances, whether this Debtor is the subject of the litigation is unclear or undetermined. However, to the extent that litigation involving the Debtor has been identified, such information is contained in the Schedules. Schedule F does not include certain deferred charges, deferred liabilities or general reserves. Such amounts are, however, reflected on the Debtor's books and records. Such accruals are general estimates of liabilities and do not represent specific claims as of the Order for Relief. The claims listed in Schedule F arose or were incurred on various dates. In certain instances, the date on which a claim arose is an open issue of fact. While best efforts have been made, determination of each date upon which each claim in

Schedule F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtor may not list a date for each claim listed on Schedule F.

Schedule G — Executory Contracts and Unexpired Leases.  Although reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors, omissions or over-inclusion may have occurred.  The presence of a contract, agreement or lease on Schedule G does not constitute an admission that such contract, agreement or lease is an executory contract or unexpired lease or that such contract or agreement was in effect on the Order for Relief or is valid or enforceable.  Any and all of the Debtor's rights, claims and causes of action with respect to the contracts, agreements and leases listed on Schedule G are hereby reserved and preserved, and as such, the Debtor hereby reserves all of his rights to dispute the validity, status, or enforceability of any contracts, agreements or leases set forth on Schedule G and to amend or supplement such Schedule as necessary.

The Debtor may have entered into various other types of agreements in the ordinary course of his business, such as indemnity agreements, supplemental agreements, amendments/letter agreements, and confidentiality agreements. Such documents may not be set forth in Schedule G. Moreover, the contracts, agreements and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letter and other documents, instruments and agreements which may not be listed on Schedule G.

Portions of some contracts and leases that are listed on Schedule G may have been fully performed, while other portions of the same contracts and leases may remain executory.  The Debtor reserves all of his rights to dispute or challenge the characterization of the structure of any transaction, or any document or instrument related to a creditor's claim, including, but not limited to, the contracts, agreements and leases listed on Schedule G.

In some cases the same entity appears multiple times in Schedule G.  This multiple listing is to reflect distinct agreements between the Debtor and such entity.

Schedule H – Co-Debtors.  In the ordinary course of its business, the Debtor is involved in pending or threatened litigation and claims arising out of the conduct of his business.  These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross claims and counter-claims against other parties.

Setoffs.  During the 90 days prior to the Order for Relief, of the Debtor may have been involved in certain transactions that could be construed as setoffs.  Such transactions could take the form of payment setoff.  The Debtor is in the process of reviewing all transactions in the 90 days prior to the Order for Relief to determine if any of the transactions should be challenged under any of the provisions of the Bankruptcy Code.

Statements – Question 17 Environmental Information.  The Debtor is involved in real estate development and property management. Currently, the Debtor is unaware of any environmental issues involving any of the projects in which he is involved; however, the Debtor has made diligent inquiry into his books and records in order to respond to Question 17.  Should new and relevant information become known to the Debtor, the Debtor will, consistent with applicable law, supplement and/or amend his Statements as appropriate.

Totals.  All totals that are included in the Schedules represent totals of all known amounts included in the Debtor's books and records as of the Petition Date.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

Accounts Receivable and Accounts Payable.  Such accounts are presented net of allowance for doubtful accounts, but without consideration for any liabilities related to mutual counterparty accounts payable, open or terminated contract liabilities, liquidated damages, setoff rights or collateral held by the Debtor unless otherwise stated.  Likewise, Accounts Payable are shown without consideration for accounts receivable, open or terminated contracts, liquidated damages, setoff rights or collateral that has been posted on behalf of the counterparty.

Undetermined Amounts.  The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

B6A (Official Form 6A) (12/07)

In re    **Dale Alfred Williams**                                                              ,    Case No.   **8:11-bk-17595 RK**
                                                              Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Residential Real Property**<br>**Location: 2914 West Oceanfront, Newport Beach CA 92663** | **100% Fee Interest** | - | **3,460,077.00** | **2,460,077.00** |
| **Single Family Home**<br>**Location:  80681 Via Savona, La Quinta, CA  92253 (Currently Unoccupied)** | **100% Fee Interest** | - | **1,239,899.00** | **1,239,899.00** |
| **Unencumbered Land Parcel**<br>**Location:  Spanish Wells, St. George's Cay, Baham** | **50% Fee Interest** | - | **62,500.00** | **Unknown** |
| **Single Family Home**<br>**Location:  Spanish Wells, St. George's Cay, Bahamas** | **100% Future Interest Subject to Life Estate** | - | **250,000.00** | **0.00** |
| **Single Family Home**<br>**Location:  Spanish Wells, St. George's Cay, Bahamas (50% Fee Interest)** | **100% Fee Interest** | - | **300,000.00** | **0.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **5,312,476.00** | (Total of this page) |
| Total > | **5,312,476.00** |  |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re    **Dale Alfred Williams**
_____,    Case No.    **8:11-bk-17595 RK**
                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

   **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.   Cash on hand | | Nominal Cash on Hand<br>Location: 2914 West Oceanfront, Newport Beach<br>CA 92663 | - | 75.00 |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account<br>Bank of Sacramento<br>1750 Howe Avenue, Suite 100<br>Sacramento, CA  95825<br>Account No.: xxxxxxxx2642 | - | 0.00 |
| | | Checking Account<br>California Bank & Trust<br>1331 Broadway, Sacramento, CA  95818<br>Account No.: xxxxxxxx0119 | - | 0.00 |
| | | Checking Account<br>Union Bank<br>5748 Sunrise Blvd<br>Citrus Heights, CA  95610<br>Account No.: xxxxxxxx7776 | - | 0.00 |
| | | Checking Account<br>Wells Fargo Bank<br>8870 Madison Ave.<br>Fairoaks, CA  95661<br>Account No.:  9721 | - | 8.00 |
| | | Investment/Brokerage Account<br>Fidelity Brokerage Services, Inc.<br>2211 Michelson Dr.<br>Irvine, CA  92612<br>Account No.:  xxxxxxxx1307 | - | 216.00 |
| | | Investment Account<br>Charles Schwab<br>17935 MacArthur Blvd.<br>Irvine, CA  92614<br>Account:  xxxxxxxx0839 | - | 468.00 |

Sub-Total >       767.00
(Total of this page)

__9__  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Dale Alfred Williams**                                         ,     Case No.   8:11-bk-17595 RK
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Ordinary and necessary household goods, appliances, computers, and audio equipment, and furnishings**<br>**Location: 2914 West Oceanfront, Newport Beach CA 92663**<br>**Location:  Spanish Wells, St. Geroge's Cay, Bahamas** | - | 25,000.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Various pictures, books, records, CD's and DVD's**<br>**Location: 2914 West Oceanfront, Newport Beach CA 92663**<br>**Location:  Spanish Wells, St. Geroge's Cay, Bahamas** | - | 5,000.00 |
| 6. | Wearing apparel. | | **Ordinary and necessary wearing apparel**<br>**Location: 2914 West Oceanfront, Newport Beach CA 92663**<br>**Location:  Spanish Wells, St. Geroge's Cay, Bahamas** | - | 5,000.00 |
| 7. | Furs and jewelry. | | **Nominal Jewelry**<br>**Location: 2914 West Oceanfront, Newport Beach CA 92663**<br>**Location:  Spanish Wells, St. Geroge's Cay, Bahamas** | - | 3,000.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Life Insurance**<br>**Ohio National Life Insurance**<br>**Policy No.: xxxxxxxx5755**<br>**(Title Held under the Dale A. Williams Irrevocable Children's Trust, Lori Brenning, Trustee)**<br>**($6,000,000 Policy - No Cash Value)** | - | 0.00 |
| 10. | Annuities. Itemize and name each issuer. | X | | | |
| 11. | Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

|  | Sub-Total >  | 38,000.00 |
|---|---|---|
|  | (Total of this page)  |  |

Sheet   __1__   of   __9__   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    __Dale Alfred Williams_____,    Case No.   __8:11-bk-17595 RK_____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Bartlett Logistics One Management, LLC, a Nevada limited liability company<br>9198 Greenback Lane, Suite 115<br>Orangevale, CA  95662<br>(69% Debtor Interest) | - | 0.00 |
| | | Camp City, LLC, a Nevada limited liability company<br>9198 Greenback Lane, Suite 115<br>Orangevale, CA  95662<br>(84% Debtor Interest) | - | 0.00 |
| | | Chateau Oaks Management, LLC, a Nevada limited liability company<br>9198 Greenback Lane, Suite 115<br>Orangevale, CA  95662<br>(77.0642% Debtor Interest) | - | 0.00 |
| | | Cherokee Management LLC, a Nevada limited liability company<br>9198 Greenback Lane, Suite 115<br>Orangevale, CA  95662<br>(94.167% Debtor Interest) | - | 0.00 |
| | | Cypress Management, LLC, a Nevada limited liabiltiy company<br>9198 Greenback Lane, Suite 115<br>Orangevale, CA  95662<br>(99% Debtor Interest) | - | 0.00 |
| | | Houston 5 Storage Management, LLC, a Nevada limited liability company<br>9198 Greenback Lane, Suite 115<br>Orangevale, CA  95662<br>(75% Debtor Interest) | - | 0.00 |
| | | Kirkman, Kennedy, Edgewater Management, LLC, a Nevada limited liability company<br>9198 Greenback Lane, Suite 115<br>Orangevale, CA  95662<br>(69% Debtor Interest) | - | 0.00 |
| | | Lake Osborne Self Storage, LLC, a Nevada limited liability company<br>9198 Greenback Lane, Suite 115<br>Orangevale, CA  95662<br>(67% Debtor Interest) | - | 0.00 |

Sub-Total >              0.00
(Total of this page)

Sheet __2__ of __9__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Dale Alfred Williams**                                                              Case No.   **8:11-bk-17595 RK**
_____,
                                Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Leasco Aviation 405DW, Inc., a Nevada corporation<br>9198 Greenback Lane, Suite 115<br>Orangevale, CA  95662 | - | 0.00 |
| | | Leasco Aviation Storage, Inc., a Nevada corporation<br>9198 Greenback Lane, Suite 115<br>Orangevale, CA  95662<br>(4.762% Debtor Interest) | - | 0.00 |
| | | Leasco Real Estate Investments, LLC, a Nevada limited liability company<br>9198 Greenback Lane, Suite 115<br>Orangevale, CA  95662<br>3.5% Debtor Interest) | - | 0.00 |
| | | Lodi Investors, LLC, a Nevada limited liability company<br>9198 Greenback Lane, Suite 115<br>Orangevale, CA  95662<br>(70% Debtor Interest) | - | 0.00 |
| | | Longwood Stor-Int, LLC, a Nevada limited liability company<br>9198 Greenback Lane, Suite 115<br>Orangevale, CA  95662<br>(83% Debtor Interest) | - | 0.00 |
| | | Lottastorage, LLC, a Nevada limited liability company<br>9198 Greenback Lane, Suite 115<br>Orangevale, CA  95662<br>(97% Debtor Interest) | - | 0.00 |
| | | Maxey Storage Management, LLC, an Nevada limited liability company<br>9198 Greenback Lane, Suite 115<br>Orangevale, CA  95662<br>(75% Debtor Interest) | - | 0.00 |
| | | Orange Blossom Trail, LLC, a Nevada limited liability company<br>9198 Greenback Lane, Suite 115<br>Orangevale, CA  95662<br>(81% Debtor Interest - Debtor's Market Value: $340,200.00) | - | 340,200.00 |

Sub-Total >            340,200.00
(Total of this page)

Sheet  **3**  of  **9**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Dale Alfred Williams**                                                        ,    Case No.    **8:11-bk-17595 RK**
                                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Rosebay Management, LLC, a Nevada limited company<br>9198 Greenback Lane, Suite 115<br>Orangevale, CA  95662<br>(98.7084% Debtor Interest) | - | 0.00 |
| | | RS Minerals, LLC, a Nevada limited liability company<br>9198 Greenback Lane, Suite 115<br>Orangevale, CA  95662<br>(83.5% Debtor's Interest) | - | 0.00 |
| | | Simi Country<br>9198 Greenback Lane, Suite 115<br>Orangevale, CA  95662<br>(12.020% Debtor Interest - Debtor's Market Value: $228,595.00) | - | 228,595.00 |
| | | Simi Acres<br>9198 Greenback Lane, Suite 115<br>Orangevale, CA  95662<br>(15.402% Debtor Interest - Debtor Market Value: $181,433.00) | - | 181,433.00 |
| | | Storage Depot Investors, LLC, a Nevada limited liability company<br>9198 Greenback Lane, Suite 115<br>Orangevale, CA  95662<br>(84.8799% Debtor Interest) | - | 0.00 |
| | | Sure Save, LLC, a Nevada limited liability company<br>9198 Greenback Lane, Suite 115<br>Orangevale, CA  95662<br>(90% Debtor Interest) | - | 0.00 |
| | | Sure Save Storage Palm Desert, LLC, a Nevada limited liability company<br>9198 Greenback Lane, Suite 115<br>Orangevale, CA  95662<br>(11.8959% Interest) | - | 0.00 |
| | | T-Can, LLC, a Nevada limited liability company<br>9198 Greenback Lane, Suite 115<br>Orangevale, CA  95662<br>(45.78% Debtor Interest - Debtor Market Value: $1,085,861) | - | 1,085,861.00 |

Sub-Total >    1,495,889.00
(Total of this page)

Sheet  **4**  of  **9**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    __Dale Alfred Williams_____,      Case No. __8:11-bk-17595 RK_____
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | TC Jester & 18th Management, LLC, a Nevada lilmited liability company 9198 Greenback Lane, Suite 115 Orangevale, CA  95662 (75% Debtor Interest) | - | 0.00 |
| | | Techno DVD, LLC, a Nevada limited liability company 9198 Greenback Lane, Suite 115 Orangevale, CA  95662 (82.82% Debtor Interest) | - | 0.00 |
| | | Watkins Mini Storage, LLC, a Nevada limited liability company 9198 Greenback Lane, Suite 115 Orangevale, CA  95662 (69.9455% Debtor Interest) | - | 0.00 |
| | | Westwind Mobile Home Park, LLC, a Nevada limited liability company 9198 Greenback Lane, Suite 115 Orangevale, CA  95662 | - | 0.00 |
| | | Winter Garden Self Storage, LLC, a Nevada lmited liability company 9198 Greenback Lane, Suite 115 Orangevale, CA  95662 (88% Debtor Interest) | - | 0.00 |
| | | FBFSA, LLC, a Delaware limited liability company 9198 Greenback Lane, Suite 115 Orangevale, CA  95662 | - | Unknown |
| | | Leasco Investment, Inc., a California corporation 9198 Greenback Lane, Suite 115 Orangevale, CA  95662 | - | 0.00 |
| | | SCHFC Manaagement, Inc., a Nevad corporation 9198 Greenback Lane, Suite 115 Orangevale, CA  95662 (33.34% Debtor Interest) | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | | Bristol Berry Tract, Ltd., a California limited partnership 9198 Greenback Lane, Suite 115 Orangevale, CA  95662 (93.75% Partnership Interest - Debtor's Market Value: $62,738.00) | - | 62,738.00 |

|  | Sub-Total > | 62,738.00 |
|---|---|---|
|  | (Total of this page) | |

Sheet __5__ of __9__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Dale Alfred Williams**                                          ,          Case No.   **8:11-bk-17595 RK**
                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Chateau Oakes Investors Limited Partnership, a Nevada limited partnership 9198 Greenback Lane, Suite 115 Orangevale, CA 95662 (66.6% Partnership Interest) | - | 0.00 |
| | | Cypress Investors, Ltd., a Nevada limited partnership 9198 Greenback Lane, Suite 115 Orangevale, CA 95662 (68.261% Partnership Interest) | - | 0.00 |
| | | Houston 5 Storage, LP, a Nevada limited partnership 9198 Greenback Lane, Suite 115 Orangevale, CA 95662 (88% Partnership Interest) | - | 0.00 |
| | | Lantana Cascade, LP, a Nevada llimited partnership 9198 Greenback Lane, Suite 115 Orangevale, CA 95662 (2% Partnership Interest) | - | 0.00 |
| | | Maxey Storage, LP, a Nevada limited partnership 9198 Greenback Lane, Suite 115 Orangevale, CA 95662 (74l25% Partnership Interest) | - | 0.00 |
| | | Rory l, LP, a California limited partnership 9198 Greenback Lane, Suite 115 Orangevale, CA 95662 0.79895% Partnership Interest) | - | 0.00 |
| | | Rosebay Investors Limited Partnership, a Nevada limited partnership 9198 Greenback Lane, Suite 115 Orangevale, CA 95662 (78.3% Partnership Interest) | - | 0.00 |
| | | TC Jester & 18th Ltd., a Nevada limited partnership 9198 Greenback Lane, Suite 115 Orangevale, CA 95662 (92.95% Partnership Interest) | - | 0.00 |
| | | The 49-010-19, LP, a California limited partnership 9198 Greenback Lane, Suite 115 Orangevale, CA 95662 (51% Partnership Interest) | - | 0.00 |

Sub-Total >                     0.00
(Total of this page)

Sheet  **6**  of  **9**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Dale Alfred Williams**                                                    ,    Case No.   **8:11-bk-17595 RK**
_____
Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Villa Del Arroyo, Ltd. a California limited partnership**<br>**9198 Greenback Lane, Suite 115**<br>**Orangevale, CA 95662**<br>**(58.35% Partnership Interest)** | - | 0.00 |
| | | **Leasco Management Company, Ltdl, a Nevada Limited Partnership**<br>**9198 Greenback Lane, Suite 115**<br>**Orangevale, CA 95662** | - | 0.00 |
| | | **Leasco Realty Company, Inc. a Nevada corporation**<br>**9198 Greenback Lane, Suite 115**<br>**Orangevale, CA 95662** | - | 0.00 |
| | | **RGD Trust, Dale Williams, Trustee**<br>**9198 Greenback Lane, Suite 115**<br>**Orangevale, CA 95662** | - | 0.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >                0.00
(Total of this page)

Sheet __7__ of __9__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Dale Alfred Williams**                                                    ,    Case No.    **8:11-bk-17595 RK**
                                                        Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Dale A. Williams v. South Coast Home Furnishing, et al., Complaint for Breach of Contract, Intentional Misrepresentation, Breach of Fiduciary Duty, Professional Negligence, Unfair Business Practice, Superior Court of the State of California, County of Orange, Ciivil Complex Center, Case No.: 30-2009-00116930** | - | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **(3) 2006 Suzuki Quadsport** Location: 80-681 Via Savona, La Quinta, CA 92253 | - | 4,500.00 |
| | | **2006 Schwinn Graduate Scooter** Location: 2914 West Oceanfront, Newport Beach CA 92663 | - | 1,000.00 |
| | | **2010 Toyota Prius** Location: 2914 West Oceanfront, Newport Beach CA 92663 | - | 18,626.00 |
| 26. Boats, motors, and accessories. | | **2002 Angler Boat** Location: Spanish Wells, St. George's Cay, Bahamas | - | 37,900.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |

Sub-Total >    62,026.00
(Total of this page)

Sheet __8__ of __9__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Dale Alfred Williams**                                              Case No.    **8:11-bk-17595 RK**
_____,
                           Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Golf Club Membership** **La Quinta, CA** | - | 17,000.00 |

|  | |
|---|---|
| Sub-Total > (Total of this page) | 17,000.00 |
| Total > | 2,016,620.00 |

Sheet  **9**  of  **9**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

In re    **Dale Alfred Williams**
_____,    Case No.    **8:11-bk-17595 RK**
Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property**<br>**Residential Real Property**<br>Location: 2914 West Oceanfront, Newport Beach CA 92663 | C.C.P. § 704.730 | 75,000.00 | 3,460,077.00 |
| **Household Goods and Furnishings**<br>Ordinary and necessary household goods, appliances, computers, and audio equipment, and furnishings<br>Location: 2914 West Oceanfront, Newport Beach CA 92663<br>Location: Spanish Wells, St. Geroge's Cay, Bahamas | C.C.P. § 704.020 | 25,000.00 | 25,000.00 |
| **Books, Pictures and Other Art Objects; Collectibles**<br>Various pictures, books, records, CD's and DVD's<br>Location: 2914 West Oceanfront, Newport Beach CA 92663<br>Location: Spanish Wells, St. Geroge's Cay, Bahamas | C.C.P. § 704.020 | 5,000.00 | 5,000.00 |
| **Wearing Apparel**<br>Ordinary and necessary wearing apparel<br>Location: 2914 West Oceanfront, Newport Beach CA 92663<br>Location: Spanish Wells, St. Geroge's Cay, Bahamas | C.C.P. § 704.020 | 5,000.00 | 5,000.00 |
| **Furs and Jewelry**<br>Nominal Jewelry<br>Location: 2914 West Oceanfront, Newport Beach CA 92663<br>Location: Spanish Wells, St. Geroge's Cay, Bahamas | C.C.P. § 704.040 | 3,000.00 | 3,000.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles**<br>(3) 2006 Suzuki Quadsport<br>Location: 80-681 Via Savona, La Quinta, CA 92253 | C.C.P. § 704.010 | 2,725.00 | 4,500.00 |
| | Total: | 115,725.00 | 3,502,577.00 |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re  **Dale Alfred Williams**                                   Case No.  **8:11-bk-17595 RK**
_____,
                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
| | | H | W J | C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxx4723 | | | | | 2007 | | | | | |
| Commonwealth of the Bahamas Public Treasury/Valuation Sect PO Box N-13 Nassau Bahamas | | | - | | Secured Property Taxes  Unencumbered Land Parcel Location:  Spanish Wells, St. George's Cay, Bahamas (50% Fee Interest) | | | | | |
| | | | | | Value $                     125,000.00 | | | | Unknown | Unknown |
| Account No. xxxxxxxx8327 | | | | | 2011 | | | | | |
| Orange County Treasurer Tax Collect PO Box 1438 Santa Ana, CA 92702-1438 | | | - | | Property Tax  Residential Real Property Location: 2914 West Oceanfront, Newport Beach CA 92663 | | | | | |
| | | | | | Value $                  3,460,077.00 | | | | 10,077.00 | 0.00 |
| Account No. xxxxxxxx0152 | | | | | 2010/2011 | | | | | |
| Riverside County Treasurer Tax Coll PO Box 12010 Riverside, CA 92502-2210 | | | - | | Property Tax  Single Family Home Location:  80681 Via Savona, La Quinta, CA  92253 (Currently Unoccupied) | | | | | |
| | | | | | Value $                  1,239,899.00 | | | | 14,956.00 | 0.00 |
| Account No. xxxxxxxx6920 | | | | | 2009 | | | | | |
| Toyota Financial Services PO Box 60114 City of Industry, CA 91716-0114 | | | - | | Automobile Loan  2010 Toyota Prius Location: 2914 West Oceanfront, Newport Beach CA 92663 | | | | | |
| | | | | | Value $                       18,626.00 | | | | 23,560.00 | 4,934.00 |

**1**   continuation sheets attached

                                                    Subtotal        | 48,593.00 | 4,934.00 |
                                              (Total of this page)

B6D (Official Form 6D) (12/07) - Cont.

In re   Dale Alfred Williams                                                                          Case No.   8:11-bk-17595 RK
_____ ,
                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxx4984 | | | 2007 | | | | | |
| Union Bank of California NA Attn Managing Agnt, Officer or Dir 8228 Mercury Court San Diego, CA 92111 | - | | First Deed of Trust Mortgage Residential Real Property Location: 2914 West Oceanfront, Newport Beach CA 92663 | | | | | |
| | | | Value $       3,460,077.00 | | | | 2,450,000.00 | 0.00 |
| Account No. xxxxxxxx5003 | | | 2007 | | | | | |
| Union Bank of California NA Attn Managing Agnt, Officer or Dir 8228 Mercury Court San Diego, CA 92111 | - | | First Deed of Trust Mortgage Single Family Home Location:  80681 Via Savona, La Quinta, CA  92253 (Currently Unoccupied) | | | | | |
| | | | Value $       1,239,899.00 | | | | 1,224,943.00 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 3,674,943.00 | 0.00 |
| Total (Report on Summary of Schedules) | 3,723,536.00 | 4,934.00 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                          Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

In re  **Dale Alfred Williams**                                        Case No.  **8:11-bk-17595 RK**
_____ ,
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, a guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

■ **Domestic support obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

_____**2**_____  continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    __Dale Alfred Williams_____,    Case No.    __8:11-bk-17595 RK_____
                                           Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Domestic Support Obligations**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2001 | | | | | |
| Kimberly Williams<br>13 Clancy Lane South<br>Rancho Mirage, CA 92270 | - | | Spousal Support Settlement Agreement | | | | 2,432,530.00 | 0.00<br><br>2,432,530.00 |
| Account No. | | | 2010 | | | | | |
| Sarah Williams<br>5324 Barefoot Bay Ct.<br>Bonita Springs, FL 34134 | - | | Spousal Support Settlement Agreement | | | | 5,760,000.00 | 0.00<br><br>5,760,000.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet  __1__  of  __2__   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | |
|---|---|
| Subtotal | 0.00 |
| (Total of this page) | 8,192,530.00    8,192,530.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re    __Dale Alfred Williams_____ ,    Case No. __8:11-bk-17595 RK_____
                                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **Taxes and Other Government Debts** | | | | | |
| **Employment Development Dept** **Bankruptcy Group MIC 92E** **PO Box 826880** **Sacramento, CA 94280** | - | | | X | X | X | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. **xxxxxxxx7794** | | | **2006** | | | | | |
| **Franchise Tax Board** **Bankruptcy Unit** **PO Box 2952** **Sacramento, CA 95812-2954** | - | | **California State Taxes** | X | X | X | 809,582.00 | 135,858.00 |
| | | | | | | | 809,582.00 | 673,724.00 |
| Account No. **xxxxxxxx7794** | | | **Federal Income Tax** | | | | | |
| **Internal Revenue Service** **PO Box 7346** **Philadelphia, PA 19114-7346** | - | | | X | X | X | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | **2010** | | | | | |
| **Ohio Department of Taxation** **PO Box 181140** **Columbus, OH 43218-1140** | - | | **Ohio State Taxes** | X | X | X | 150,034.00 | 0.00 |
| | | | | | | | 150,034.00 | 150,034.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 959,616.00 | 135,858.00 / 823,758.00 |
| Total (Report on Summary of Schedules) | 9,152,146.00 | 135,858.00 / 9,016,288.00 |

B6F (Official Form 6F) (12/07)

In re  **Dale Alfred Williams**                                                                      Case No.   **8:11-bk-17595 RK**
_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxxxxxx0027**<br><br>Aegon USA Realty Advisors LLC<br>Managing Agent, Officer or Director<br>4333 Edgewood Road, NE<br>Cedar Rapids, IA 52499 | - | | | | 2007<br>Guarantee - Potential Liability as Co-Guarantor of First Deed of Trust on the Lake Osborne Self Storage | X | X | X | 5,062,800.00 |
| Account No. **xxxxxxxx0028**<br><br>Aegon USA Realty Advisors LLC<br>Managing Agent, Officer or Director<br>4333 Edgewood Road, NE<br>Cedar Rapids, IA 52499 | - | | | | 2007<br>Guarantee - Potential Liability as Co-Guarantor of First Deed of Trust on the Maxy Storage | X | X | X | 3,554,400.00 |
| Account No. **xxxxxxxx0029**<br><br>Aegon USA Realty Advisors LLC<br>Managing Agent, Officer or Director<br>4333 Edgewood Road, NE<br>Cedar Rapids, IA 52499 | - | | | | 2007<br>Guarantee - Potential Liability as Co-Guarantor of First Deed of Trust on the Winter Garden Self Storage | X | X | X | 1,798,220.00 |
| Account No. **xxxxxxxx063A**<br><br>Aegon USA Realty Advisors LLC<br>Managing Agent, Officer or Director<br>4333 Edgewood Road, NE<br>Cedar Rapids, IA 52499 | - | | | | Guarantee - Potential Liability as Co-Guarantor of First Deed of Trust on the  Techno DVD, LLC on Holmes Road Loans A and B | X | X | X | Unknown |

| | | |
|---|---|---|
| **10**  continuation sheets attached | Subtotal<br>(Total of this page) | 10,415,420.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re   __Dale Alfred Williams_____,    Case No.   __8:11-bk-17595 RK____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxx2143<br><br>Bank of Sacramento<br>Sacramento Main Branch<br>Managing Agent, Officer or Director<br>1750 Howe Ave, Suite 100<br>Sacramento, CA 95825 | - | | 2010<br>Line of Credit | X | X | X | 1,524,400.00 |
| Account No. xxxxxxxx0001<br><br>California Bank & Trust<br>Managing Agent, Officer or Director<br>1331 Broadway<br>Sacramento, CA 95818 | - | | 2008<br>Line of Credit | X | X | X | 336,564.00 |
| Account No. xxxxxxxx1081<br><br>Capital Bank<br>Managing Agent, Officer or Director<br>31351 Rancho Viejo Rd<br>Suite 101<br>San Juan Capistrano, CA 92675 | - | | 2009<br>Guarantee - Potential Liability as Co-Guarantor of First Deed of Trust on Bristol Berry Tract, Ltd. | X | X | X | 0.00 |
| Account No.<br><br>Carol Williams - CPA Note<br>59 Antero Ave.<br>Durango, CO 81301 | - | | Unsecured Loan | X | X | X | 126,000.00 |
| Account No. xxxxxxxx0920<br><br>City National Bank<br>Attn: Tom Cowan<br>555 South Flower St.<br>16th Floor<br>Los Angeles, CA 90071 | - | | 2002<br>Guarantee - Potential Liability as Co-Guarantor of First Deed of Trust on Property owned by Leasco Aviation 405DW, Inc. | X | X | X | 850,000.00 |

Sheet no. __1__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    2,836,964.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Dale Alfred Williams                                    ,    Case No.    8:11-bk-17595 RK
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Unsecured Loan | | | | |
| City National Bank Trustee FOB PM & S/R L. Leck PO Box 86344 San Diego, CA 92138 | - | | | X | X | X | 10,613.00 |
| Account No. | | | Unsecured Loan | | | | |
| Dale A Williams T/F Alexander H. Williams 9198 Greenback Lane Suite 115 Orangevale, CA 95662 | | | | X | X | X | 26,535.00 |
| Account No. | | | Unsecured Loan | | | | |
| Dale A Williams T/F Daytona H. Williams 9198 Greenback Lane Suite 115 Orangevale, CA 95662 | - | | | X | X | X | 26,535.00 |
| Account No. | | | Unsecured Loan | | | | |
| Dennis L Bruck 28148 Wingee Foot Drive Sun City, CA 92586 | - | | | X | X | X | 22,398.00 |
| Account No. | | | Unsecured Loan | | | | |
| Donald Moltzen Transf. to Corinne Harris Trustee P Box 2071 Lake Arrowhead, CA 92352 | - | | | X | X | X | 332,000.00 |

Sheet no.  2  of  10  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    418,081.00

B6F (Official Form 6F) (12/07) - Cont.

In re  __Dale Alfred Williams_____,    Case No. __8:11-bk-17595 RK_____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxxxxxxx0323 | | | | 2007 | | | | |
| First Fidelity Bank NA Managing Agent, Officer or Director PO Box 32282 Oklahoma City, OK 73123 | - | | | Guarantee - Potential Liability as Co-Guarantor of First Deed of Trust on Property owned by Lodi Investors, LLC | X | X | X | 1,066,703.00 |
| Account No. | | | | Unsecured Loan | | | | |
| Frankliln D Miller Insurance Agency 72875 Fred Waring Suite B Palm Desert, CA 92260 | - | | | | | | | 112,000.00 |
| Account No. | | | | Unsecured Loan | | | | |
| Franklin D Miller 72875 Fred Waring Suite B Palm Desert, CA 92260 | - | | | | X | X | X | 112,000.00 |
| Account No. xxxxxxxx7464 | | | | 2006 | | | | |
| GE Capital Real Estate Managing Agent, Officer or Director 1818 Market Street Suite 2620 Philadelphia, PA 19103 | - | | | Guarantee - Potential Liability as Co-Guarantor of First Deed of Trust on Sure Save | X | X | X | 364,000.00 |
| Account No. xxxxxxxx7465 | | | | 2006 | | | | |
| GE Capital Real Estate Managing Agent, Officer or Director 1818 Market Street Suite 2620 Philadelphia, PA 19103 | - | | | Guarantee - Potential Liability as Co-Guarantor of First Deed of Trust on Sure Save Palm Desert | X | X | X | 4,447,480.00 |

Sheet no. _3__ of _10_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,102,183.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Dale Alfred Williams                                        ,        Case No.   8:11-bk-17595 RK
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W JC | | | | | | |
| Account No. xxxxxxxx8184<br><br>GE Capital Real Estate<br>Managing Agent, Officer or Director<br>1818 Market Street<br>Suite 2620<br>Philadelphia, PA 19103 | - | | | 2006<br>Guarantee - Potential Liability as Co-Guarantor of First Deed of Trust on Houston 5 Storage, LP | X | X | X | 1,523,429.00 |
| Account No. xxxxxxxx8184<br><br>GE Capital Real Estate<br>Managing Agent, Officer or Director<br>1818 Market Street<br>Suite 2620<br>Philadelphia, PA 19103 | - | | | 2006<br>Guarantee - Potential Liability as Co-Guarantor of First Deed of Trust on Lottastorage | X | X | X | 390,371.00 |
| Account No. xxxxxxxx5325<br><br>GE Capital Real Estate<br>Managing Agent, Officer or Director<br>1818 Market Street<br>Suite 2620<br>Philadelphia, PA 19103 | | | | 2005<br>Guarantee - Potential Liability as Co-Guarantor of First Deed of Trust on Property owned by Camp City, LLC | X | X | X | 2,161,420.00 |
| Account No. xxxxxxxx5325<br><br>GE Capital Real Estate<br>Managing Agent, Officer or Director<br>1818 Market Street<br>Suite 2620<br>Philadelphia, PA 19103 | - | | | 2005<br>Guarantee - Potential Liability as Co-Guarantor of First Deed of Trust on Property owned by Rosevay Investors, LP | X | X | X | 2,759,878.00 |
| Account No. xxxxxxxx5325<br><br>GE Capital Real Estate<br>Managing Agent, Officer or Director<br>1818 Market Street<br>Suite 2620<br>Philadelphia, PA 19103 | - | | | 2005<br>Guarantee - Potential Liability as Co-Guarantor of First Deed of Trust on Property owned by Westwind Mobile Home Park, LLC | X | X | X | 123,177.00 |

| | |
|---|---|
| Sheet no.  4   of  10   sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page)  6,958,275.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re    __Dale Alfred Williams_____,    Case No. __8:11-bk-17595 RK_____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxxxxxxx5325<br><br>GE Capital Real Estate<br>Managing Agent, Officer or Director<br>1818 Market Street<br>Suite 2620<br>Philadelphia, PA 19103 | - | | | 2005<br>Guarantee - Potential Liability as Co-Guarantor of First Deed of Trust on Property owned by Cypress Investors, Ltd, and Chateau Oaks Investors Ltd Partnership | X | X | X | 254,144.00 |
| Account No. xxxxxxxx5325<br><br>GE Capital Real Estate<br>Managing Agent, Officer or Director<br>1818 Market Street<br>Suite 2620<br>Philadelphia, PA 19103 | - | | | 2005<br>Guarantee - Potential Liability as Co-Guarantor of First Deed of Trust on the 49-010-019, LP | X | X | X | 3,325,080.00 |
| Account No. xxxxxxxx8184<br><br>GE Capital Real Estate<br>Managing Agent, Officer or Director<br>1818 Market Street<br>Suite 2620<br>Philadelphia, PA 19103 | - | | | 2006<br>Guarantee - Potential Liability as Co-Guarantor of First Deed of Trust on Storage Depot Investors | X | X | X | 1,583,429.00 |
| Account No. xxxxxxxx8184<br><br>GE Capital Real Estate<br>Managing Agent, Officer or Director<br>1818 Market Street<br>Suite 2620<br>Philadelphia, PA 19103 | | | | 2006<br>Guarantee - Potential Liability as Co-Guarantor of First Deed of Trust on TC Jester & 18th, Ltd | X | | | 826,542.00 |
| Account No. xxxxxxxx8184<br><br>GE Capital Real Estate<br>Managing Agent, Officer or Director<br>1818 Market Street<br>Suite 2620<br>Philadelphia, PA 19103 | - | | | 2006<br>Guarantee - Potential Liability as Co-Guarantor of First Deed of Trust on Watkins Mini Storage, LLC124085 | X | X | X | 124,085.00 |

Sheet no. __5___ of __10___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    6,113,280.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dale Alfred Williams**                                      ,        Case No.   **8:11-bk-17595 RK**
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Unsecured Loan | | | | |
| Howard Smith 2904 Diamond A DRive Roswell, NM 88201 | - | | | | X | X | X | 80,463.00 |
| Account No. | | | | Legal Fees | | | | |
| Jackson Demarco Tidus Peterson & Peckenpaugh Managing Agent, Officer or Director 2030 Main St., Suite 1200 Irvine, CA 92614 | - | | | | | | | 130,000.00 |
| Account No. xxxxxxxx2430 | | | | 2007 Guarantee - Potential Liability as Co-Guarantor of First Deed of Trust on Various Properties owned by Krikman, Kennedy, Edgewater, LLC | | | | |
| LaSalle Bank Nantional Association Managing Agent, Officer or Director 135 S. LaSalle St. Suite 340 Chicago, IL 60603 | - | | | | X | X | X | 15,633,960.00 |
| Account No. xxxxxxxx2042 | | | | 2007 Guarantee - Potential Liability as Co-Guarantor of First Deed of Trust on Property owned by Bartlett Logistics One, LLC | | | | |
| LaSalle Bank Nantional Association Managing Agent, Officer or Director 135 S. LaSalle St. Suite 340 Chicago, IL 60603 | - | | | | X | X | X | 14,054,379.00 |
| Account No. | | | | Unsecured Loan | | | | |
| Laureen Brenning 9198 Greenback Lane Suite 115 Orangevale, CA 95662 | - | | | | X | X | X | 23,355.00 |

Sheet no.  **6**   of  **10**   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

29,922,157.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Dale Alfred Williams**                                                        ,     Case No.    **8:11-bk-17595 RK**
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Unsecured Loan | | | | |
| Lenny Boone 7880 Shire Houston, TX 77006 | | - | | X | X | X | 11,888.00 |
| Account No. | | | Unsecured Loan | | | | |
| Norma Bruck 29177 Castle Rock Court Menifee, CA 92584 | | - | | X | X | X | 1,560,000.00 |
| Account No. | | | Unsecured Loan | | | | |
| Norma Bruck - CPA Note 29177 Castle Rock Court Menifee, CA 92584 | | - | | X | X | X | 163,000.00 |
| Account No. | | | Unsecured Loan | | | | |
| Norma Bruck Survivors Trust 29177 Castle Rock Court Menifee, CA 92584 | | - | | X | X | X | 163,000.00 |
| Account No. | | | Unsecured Loan | | | | |
| Norma Hutcherson - CPA Note 1575 Selva Marina Drive Atlantic Beach, FL 32233 | | - | | X | X | X | 448,000.00 |

Sheet no. __7__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,345,888.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dale Alfred Williams**                                    Case No.   **8:11-bk-17595 RK**
_____,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxxxxxxx3852 <br><br> **North American Savings Bank FSB** **Attn:  Commercial Loans** **12498 South 71 Highway** **Grandview, MO 64030** | - | | | **2009** **Guarantee - Potential Liability as Co-Guarantor of First Deed of Trust on Property owned by T-Can, LLC** | X | X | X | 0.00 |
| Account No. xxxxxxxx4798 <br><br> **Pacific Western Bank** **Covina Office** **Managing Agent, Officer or Director** **728 South Citrus Avenue** **Covina, CA 91723** | - | | | **2009** **Line of Credit** | X | X | X | 11,800,367.00 |
| Account No. xxxxxxxx2522 <br><br> **Pacific Western Bank** **West Covina Office** **Managing Agent, Officer or Director** **220 South Vincent Avenue** **West Covina, CA 91790** | - | | | **2009** **Line of Credit** | X | X | X | 2,095,502.00 |
| Account No. <br><br> Peter Q Ezzell 1508 Georgina Ave. Santa Monica, CA 90402 | - | | | **Unsecured Loan** | X | X | X | 35,654.00 |
| Account No. <br><br> Roger D Bracken 10515 Baseline Road Elverta, CA 95626 | - | | | **Unsecured Loan** | X | X | X | 11,888.00 |

| Sheet no. __8__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 13,943,411.00 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    **Dale Alfred Williams**
_____ ,    Case No.    **8:11-bk-17595 RK**
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Unsecured Loan | | | | |
| **Rory 1**<br>**9198 Greenback Lane**<br>**Suite 115**<br>**Orangevale, CA 95662** | - | | | X | X | X | 48,590.00 |
| Account No. | | | Unsecured Loan | | | | |
| **Rory Williams**<br>**775 S. Kirkman**<br>**#101**<br>**Orlando, FL 32811** | | | | X | X | X | 961,728.00 |
| Account No. | | | Potential Liability of Leasco Aviation 405DW Inc. of Property Taxes | | | | |
| **San Bernardino County Tax Collector**<br>**172 W. Thjird St., 1st Floor**<br>**San Bernardino, CA 92415-0360** | | | | X | X | X | Unknown |
| Account No. | | | Listed for Information Purposes Only | | | | |
| **Security Exchange Commission**<br>**5670 Wilshire Blvd., 11th Floor**<br>**Los Angeles, CA 90036** | - | | | X | X | X | Unknown |
| Account No. xxxxxxxx0431 | | | 2006 | | | | |
| **State Board of Equalization**<br>**450 N. Street**<br>**PO Box 942879**<br>**Sacramento, CA 94279-0038** | - | | | X | X | X | Unknown |

Sheet no. __9__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 1,010,318.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dale Alfred Williams**                                          ,     Case No.  **8:11-bk-17595 RK**
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Stephen J Bruck 3591 Greenville Ave. Simi Valley, CA 93063** | | - | Unsecured Loan | X | X | X | 22,398.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no.  **10**  of  **10**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | 22,398.00 |
|---|---|---|
|  | Total (Report on Summary of Schedules) | 80,088,375.00 |

B6G (Official Form 6G) (12/07)

In re    **Dale Alfred Williams**                                                    Case No.   **8:11-bk-17595 RK**
                                                          ,
                                            Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| American Alternative Insurance Corp<br>c/o John O Bronson Company<br>PO Box 255387<br>Sacramento, CA 95865 | Agreement - Personal Umbrella Coverage |
| Caleb and Phebe Sawyer<br>Located at Sapnish Wells<br>St. George Cay, Bahamas | Purchase Agreement Granting LIfe Estate to Former Owners |
| California Bank & Trust<br>Managing Agent, Officer or Director<br>1331 Broadway<br>Sacramento, CA 95818 | Agreement - Earthquake Insurance on Investment Property located at 80681 Via Savona, La Quinta, CA  92253 |
| California Earthquake Authority<br>c/o John O Bronson Company<br>PO Box 255387<br>Sacramento, CA 95865-5387 | Agreement - Earthquake Insurance on Single Family Residence located at 2914 W. Oceanfront, Newport Beach, CA  92663 |
| First National Insurance Co of Amer<br>c/o John O Bronson Company<br>PO Box 255387<br>Sacramento, CA 95865-5387 | Agreement - Homeowners Insurance of Single Family Hom at 2914 W. Oceanfront, Newport Beach, CA  92663 |
| First National Insurance Co of Amer<br>c/o John O Bronson Company<br>PO Box 255387<br>Sacramento, CA 95865-5387 | Agreement- Homeowners Insurance on Investment Property located at 80681 Via Savona, La Quinta, CA  92253 |
| Mount Vernon Fire Insurance Co<br>c/o Hull & Company, Inc.<br>1190 Devon Park Dr.<br>Wayne, PA 19087 | Agreement - Personal Umbrella Liability Coverage |
| Progressive West Insurance Co.<br>c/o John O Bronson Company<br>PO Box 255387<br>Sacramento, CA 95865-5387 | Agreement - Automobile Insurance |
| Progressive West Insurance Co.<br>c/o John O Bronson Company<br>PO Box 255387<br>Sacramento, CA 95865-5387 | Agreement - Motorcycle Insurance |
| The Plantation<br>PO Box 1657<br>La Quinta, CA 92247 | Golf Club Membership Agreement |

0
_____  continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re   **Dale Alfred Williams**                                                ,        Case No.   **8:11-bk-17595 RK**
                                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed
by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state,
commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or
Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of
any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used
by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Bristol Berry Tract, Ltd.**<br>**9198 Greenback Lane, Suite 115**<br>**Orangevale, CA 95662** | **Capital Bank**<br>**Managing Agent, Officer or Director**<br>**31351 Rancho Viejo Rd**<br>**Suite 101**<br>**San Juan Capistrano, CA 92675** |
| **Camp City, LLC**<br>**9198 Greenback Lane, Suite 115**<br>**Orangevale, CA 95662** | **GE Capital Real Estate**<br>**Managing Agent, Officer or Director**<br>**1818 Market Street**<br>**Suite 2620**<br>**Philadelphia, PA 19103** |
| **Chateau Oaks Investors, LP**<br>**9198 Greenback Lane, Suite 115**<br>**Orangevale, CA 95662** | **GE Capital Real Estate**<br>**Managing Agent, Officer or Director**<br>**1818 Market Street**<br>**Suite 2620**<br>**Philadelphia, PA 19103** |
| **Cypress Investors, Ltd**<br>**9198 Greenback Lane, Suite 115**<br>**Orangevale, CA 95662** | **GE Capital Real Estate**<br>**Managing Agent, Officer or Director**<br>**1818 Market Street**<br>**Suite 2620**<br>**Philadelphia, PA 19103** |
| **Houston 5 Storage, LP**<br>**9198 Greenback Lane, Suite 115**<br>**Orangevale, CA 95662** | **GE Capital Real Estate**<br>**Managing Agent, Officer or Director**<br>**1818 Market Street**<br>**Suite 2620**<br>**Philadelphia, PA 19103** |
| **Lake Osborne Self Storage, LLC**<br>**9198 Greenback Lane, Suite 115**<br>**Orangevale, CA 95662** | **Aegon USA Realty Advisors LLC**<br>**Managing Agent, Officer or Director**<br>**4333 Edgewood Road, NE**<br>**Cedar Rapids, IA 52499** |
| **Leasco Aviation 405DW, Inc.**<br>**9198 Greenback Lane, Suite 115**<br>**Orangevale, CA 95662** | **City National Bank**<br>**Attn: Tom Cowan**<br>**555 South Flower St.**<br>**16th Floor**<br>**Los Angeles, CA 90071** |
| **Lodi Investors, LLC**<br>**9198 Greenback Lane, Suite 115**<br>**Orangevale, CA 95662** | **First Fidelity Bank NA**<br>**Managing Agent, Officer or Director**<br>**PO Box 32282**<br>**Oklahoma City, OK 73123** |

    1
_____  continuation sheets attached to Schedule of Codebtors

In re    Dale Alfred Williams                                          Case No.   8:11-bk-17595 RK
_____,
                              Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| Longwood Stor-In, LLC<br>9198 Greenback Lane, Suite 115<br>Orangevale, CA 95662 | GE Capital Real Estate<br>Managing Agent, Officer or Director<br>1818 Market Street<br>Suite 2620<br>Philadelphia, PA 19103 |
| Maxey Storage, LP<br>9198 Greenback Lane, Suite 115<br>Orangevale, CA 95662 | Aegon USA Realty Advisors LLC<br>Managing Agent, Officer or Director<br>4333 Edgewood Road, NE<br>Cedar Rapids, IA 52499 |
| Rosebay Investors, LP<br>9198 Greenback Lane, Suite 115<br>Orangevale, CA 95662 | GE Capital Real Estate<br>Managing Agent, Officer or Director<br>1818 Market Street<br>Suite 2620<br>Philadelphia, PA 19103 |
| RS Minerals, LLC<br>9198 Greenback Lane, Suite 115<br>Orangevale, CA 95662 | First Interstate Bank<br>Managing Agent, Officer or Dirctor<br>104 South Wolcott St.<br>PO Box 40<br>Casper, WY 82602-0040 |
| Sure Save Storage Palm Desert, LLC<br>9198 Greenback Lane, Suite 115<br>Orangevale, CA 95662 | GE Capital Real Estate<br>Managing Agent, Officer or Director<br>1818 Market Street<br>Suite 2620<br>Philadelphia, PA 19103 |
| Sure Save, LLC<br>9198 Greenback Lane, Suite 115<br>Orangevale, CA 95662 | GE Capital Real Estate<br>Managing Agent, Officer or Director<br>1818 Market Street<br>Suite 2620<br>Philadelphia, PA 19103 |
| Techno DVD, LLC<br>9198 Greenback Lane, Suite 115<br>Orangevale, CA 95662 | Aegon USA Realty Advisors LLC<br>Real Estate Alt. Port. 2, LLC<br>Transamerica Financial Life Ins.<br>433 Edgewood Road, NE<br>Cedar Rapids, IA 52499 |
| Westwind Mobile Home Park, LLC<br>9198 Greenback Lane, Suite 115<br>Orangevale, CA 95662 | GE Capital Real Estate<br>Managing Agent, Officer or Director<br>1818 Market Street<br>Suite 2620<br>Philadelphia, PA 19103 |
| Winter Garden Self Storage, LLC<br>9198 Greenback Lane, Suite 115<br>Orangevale, CA 95662 | Aegon USA Realty Advisors LLC<br>Managing Agent, Officer or Director<br>4333 Edgewood Road, NE<br>Cedar Rapids, IA 52499 |

Sheet   1   of   1   continuation sheets attached to the Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re    __Dale Alfred Williams__                                    Case No.    __8:11-bk-17595 RK__
                                    Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Divorced** | RELATIONSHIP(S): **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Real Estate Investor** | |
| Name of Employer | **Leasco Management** | |
| How long employed | **13 years, 7 months** | |
| Address of Employer | **9198 Greenback Lane, Suite 115 Orangevale, CA 95662** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | **2,084.00** | $ | **N/A** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **N/A** |
| 3. SUBTOTAL | $ | **2,084.00** | $ | **N/A** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a.  Payroll taxes and social security | $ | **150.00** | $ | **N/A** |
| b.  Insurance | $ | **246.00** | $ | **N/A** |
| c.  Union dues | $ | **0.00** | $ | **N/A** |
| d.  Other (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **396.00** | $ | **N/A** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **1,688.00** | $ | **N/A** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **68,634.00** | $ | **N/A** |
| 8. Income from real property | $ | **0.00** | $ | **N/A** |
| 9. Interest and dividends | $ | **0.00** | $ | **N/A** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **N/A** |
| 11. Social security or government assistance (Specify): **Social Security** | $ | **1,710.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 12. Pension or retirement income | $ | **0.00** | $ | **N/A** |
| 13. Other monthly income (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **70,344.00** | $ | **N/A** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **72,032.00** | $ | **N/A** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ | | | **72,032.00** |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re __Dale Alfred Williams_____    Case No. __8:11-bk-17595 RK__

Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 12,250.00 |
| a. Are real estate taxes included?     Yes ___     No _X_ | | |
| b. Is property insurance included?     Yes ___     No _X_ | | |
| 2. Utilities:     a. Electricity and heating fuel | $ | 765.00 |
|                       b. Water and sewer | $ | 255.00 |
|                       c. Telephone | $ | 525.00 |
|                       d. Other  Direct TV, Cable, Internet, | $ | 375.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 750.00 |
| 4. Food | $ | 425.00 |
| 5. Clothing | $ | 450.00 |
| 6. Laundry and dry cleaning | $ | 275.00 |
| 7. Medical and dental expenses | $ | 1,250.00 |
| 8. Transportation (not including car payments) | $ | 625.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 300.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|                       a. Homeowner's or renter's | $ | 260.00 |
|                       b. Life | $ | 0.00 |
|                       c. Health | $ | 0.00 |
|                       d. Auto | $ | 284.00 |
|                       e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|             (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|                       a. Auto | $ | 485.00 |
|                       b. Other | $ | 0.00 |
|                       c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 30,000.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  Costs Associated with Single Family Home/Bahamas | $ | 1,500.00 |
| Other | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 50,774.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | | |
|---|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | | |
| a. | Average monthly income from Line 15 of Schedule I | $ | 72,032.00 |
| b. | Average monthly expenses from Line 18 above | $ | 50,774.00 |
| c. | Monthly net income (a. minus b.) | $ | 21,258.00 |

Business Income Detail

Dale A. Williams

Case No.:  8:11-bk-17595 RK

Monthly Income from Business:

| | |
|---|---|
| Techno DVD, LLC | $38,142.00 |
| Simi Country : | $ 2,500.00 |
| Simi Acres: | $ 2,295.00 |
| Westwind Mobile Home Park, LLC: | $15,000.00 |
| The 49-010-19, LP: | $10,697.00 |
| **Total:** | **$68,634.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

## United States Bankruptcy Court
### Central District of California

In re    Dale Alfred Williams _____    Case No.    8:11-bk-17595 RK _____
                                                  Debtor(s)        Chapter    11 _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __35__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    June 10, 2011 _____        Signature    /s/ Dale Alfred Williams
                                                          Dale Alfred Williams
                                                          Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Central District of California

In re __Dale Alfred Williams__           Case No.    __8:11-bk-17595 RK__

                Debtor(s)          Chapter    __11__

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $353,590.00 | 2011 YTD: Debtor Leasco Management ($10,420.00); Business Income ($343,170.00) |
| $1,040,077.00 | 2010: Debtor Leasco Management ($25,000); Business Income ($1,015,078) |
| $1,912,940.00 | 2009: Debtor Leasco Management ($25,000); Business Income ($1,887,939) |

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $32,541.00 | 2011 YTD: Debtor Sale of Centurion 59046, LLC, a California limited liability company |
| $8,555.00 | 2011 YTD: Debtor Social Security |
| $20,520.00 | 2010: Debtor Social Security |
| $20,520.00 | 2009: Debtor Social Security |

**3. Payments to creditors**

None
☐

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Wells Fargo Card Services PO Box 30086 Los Angeles, CA 90030 | 1/4/2011, 12/4/2010, 11/4/2010 | $21,343.98 | $0.00 |
| American Express PO Box 0001 Los Angeles, CA 90096 | 1/13/2011, 1/10/2011, 12/13/2010, 12/10/2010, 11/13/2010, 11/10/2010 | $4,514.44 | $0.00 |
| Chase Platinum Mastercard PO Box 94017 Palatine, IL 60094 | 1/20/2011, 12/20/2010, 11/20/2010 | $5,463.44 | $0.00 |
| Sarah Williams 5324 Barefoot Bay Ct. Bonita Springs, FL 34134 | 12/2/2010, 9/3/2010, 6/2/2010, 3/12/2010, 1/22/2010 | $343,348.43 | $5,760,000.00 |
| Kimberly Williams 13 Clancy Lane South Rancho Mirage, CA 92270 | 12/28/2010, 11/29/2010, 10/26/2010, 10/4/2010, 8/27/2010, 7/30/2010, 7/15/2010, 6/29/2010, 5/27/2010, 4/29/2010, 3/29/2010, 2/23/2010, 1/28/2010 | $243,155.00 | $2,432,530.00 |
| City National Bank Attn: Tom Cowan 555 South Flower St. 16th Floor Los Angeles, CA 90071 | 8/2010 | $250,000.00 | $850,000.00 |

3

None
☑    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
☑    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Bank of Sacramento v. Dale A. Williams, et al. Case No.: 30-2010-00428489** | Civil Unlimited | **Superior Court of California, County of Orange, Cental Justice Center** | Judgment/Notice of Attachment |
| **Pacific Western Bank, a California state-chartered bank v. Dale A. Williams et al. Case No.: 30-2011-00441077-CU-BC-CJC** | Civil Unlimited | **Superior Court of California, County of Orange, Cental Justice Center** | Judgment/Notice of Attachment |
| **Dale A. Williams v. South Coast Home Furnishing Center, et al. Case No.: 30-2009-00116930-CU-BC-CXC** | Breah of Contract/Warranty | **Superior Court of California, County of Orange, Cental Justice Center** | Pending |
| **Vance H. Smith, et al. vs. Kimberly Williams, et al. Case No.: 30-2008-00109214** | Business Tort | **Superior Court of California, County of Orange, Cental Justice Center** | Settlement in favor of Debtor |

None
☐    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Pacific Western Bank c/o Parker Milliken Clark O'Hara & Samuelian 555 S. Flower St., 30th Floor Los Angeles, CA 90071** | 3/2/2011 | **Real property located at 2914 W. Oceanfront, Newport Beach, CA 92663 Value: $3,460,077** |
| **Bank of Sacramento c/o Serlin & Whiteford, LLP 813 F Street, 2nd Floor Sacramento, CA 95814** | 3/3/2011 | **Funds in bank account(s) maintained at California Bank & Trust Value: $0.00** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

4

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Bank of Sacramento<br>c/o Serlin & Whiteford, LLP<br>813 F Street, 2nd Floor<br>Sacramento, CA 95814 | 3/3/2011 | **Funds in account(s) maintained at Charles Schwab Corporation**<br>Value: Approx.: $9,000.00 |
| Bank of Sacramento<br>c/o Serlin & Whiteford, LLP<br>813 F Street, 2nd Floor<br>Sacramento, CA 95814 | 3/3/2011 | **Funds in bank account(s) maintained at Wells Fargo Bank**<br>Value: $394.42 |
| Bank of Sacramento<br>c/o Serlin & Whiteford, LLP<br>813 F Street, 2nd Floor<br>Sacramento, CA 95814 | 3/9/2011 | **Real property located at 2914 W. Oceanfront, Newport Beach, CA  92663**<br>Value: $3,460,077 |
| Bank of Sacramento<br>c/o Serlin & Whiteford, LLP<br>813 F Street, 2nd Floor<br>Sacramento, CA 95814 | 3/9/2011 | **Funds in bank account(s) maintained at City National Bank**<br>Value: $0.00 |
| Bank of Sacramento<br>c/o Serlin & Whiteford, LLP<br>813 F Street, 2nd Floor<br>Sacramento, CA 95825 | 3/9/2011 | **Funds in bank account(s) maintained at Union Bank**<br>Value: $2,009.54 |
| Pacific Western Bank<br>c/o Parker Milliken Clark O'Hara & Samuelian<br>555 S. Flower St., 30th Floor<br>Los Angeles, CA 90071 | 3/10/2011 | **Funds held in bank account(s) maintained at City National Bank**<br>Value: $0.00 |
| Pacific Western Bank<br>c/o Parker Milliken Clark O'Hara & Samuelian<br>555 S. Flower St., 30th Floor<br>Los Angeles, CA 90071 | 3/10/2011 | **Funds held in bank account(s) maintained at Wells Fargo Bank**<br>Value: $0.00 |
| Pacific Western Bank<br>c/o Parker Milliken Clark O'Hara & Samuelian<br>555 S. Flower St., 30th Floor<br>Los Angeles, CA 90071 | 3/15/2011 | **Funds in bank account(s) maintained at Wells Fargo Bank**<br>Value: $0.00 |
| Bank of Sacramento<br>c/o Serlin & Whiteford, LLP<br>813 F Street, 2nd Floor<br>Sacramento, CA 95814 | 3/14/2011 | **Funds in bank account(s) maintained at Wells Fargo Bank**<br>Value: $0.00 |

**5.  Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.  Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

| None ■ | b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

| None ☐ | List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Festival of the Arts Laguna Beach**<br>**650 Laguna Canyon Road**<br>**Laguna Beach, CA 92651-1899** | **Charitable Organization** | **8/9/2010** | **$136.00 Donation** |

### 8. Losses

| None ■ | List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

| None ☐ | List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case. |

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Bowerman & Associates APLC**<br>**PO Box 11748**<br>**Newport Beach, CA 92658** | **1/25/2011** | **$1,000.00** |
| **Phoenix Issa Strategic Partners, LLC**<br>**19800 MacArthur Blvd., Suite 650**<br>**Irvine, CA 92612** | **6/11/2010:  $21,740.00**<br>**7/23/2010:  $12,325.00**<br>**8/17/2010:  $16,140.00**<br>**10/22/2010:  $8,362.50**<br>**12/3/2010: $7,680.00**<br>**12/28/2010: $4,430.00**<br>**2/7/2011: $16,530.00**<br>**3/9/2011:  10,665.00**<br>**3/21/2011: $20,795.00** | **$118,667.50** |
| **The Lobel Firm, LLP**<br>**840 Newport Center Drive**<br>**Suite 750**<br>**Newport Beach, CA 92660** | **7/7/2009 to to 5/26/2011** | **$284,514.50 ($245,670.00 for services rendered prior to the filing of the Chapter 11 - $38,839.50 remaining in Attorney Client Trust Account)** |

### 10. Other transfers

None ☐    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **David Locke**<br>**3331 Rowena Drive**<br>**Los Alamitos, CA 90720** | **4/27/2011** | **Sold interest in Centurion 59046 LLC, a California limited liability company for $50,000.00. Debtor netted $32,541.37 after sale expenses.** |
| **Pacific Automobile Classics**<br>**1240 Logan Avenue, #U**<br>**Costa Mesa, CA 92626** | **2/23/2011** | **Traded 2002 Mercedes S600 towards purchase of 2007 GMAC Yukon Denali registered under Leasco Management Value: $5,000.00** |

None ■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ☐    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **City National Bank**<br>**555 S. Flower St., 16th Floor**<br>**Los Angeles, CA 90071** | **Checking Account**<br>**Account No.: 4260** | **Amount: $.47**<br>**Closed: 8/17/2010** |
| **California Bank & Trust**<br>**1331 Broadway**<br>**Sacramento, CA 95818** | **Checking Account**<br>**Account No.: 6546** | **Amount: $0.00**<br>**Date: 6/2010** |
| **City National Bank**<br>**555 S. Flower Street, 12th Floor**<br>**Los Angeles, CA 90071** | **Checking Account**<br>**Accont No.: 5260** | **Amount: $0.00**<br>**Date: 8/2010** |
| **Pacific Western Bank**<br>**120 Wilshire Blvd.**<br>**Santa Monica, CA 90401** | **Checking Account**<br>**Account No.: 4563** | **Amount: $0.00**<br>**Date: 7/2010** |
| **Pacific Western Bank**<br>**120 Wilshire Blvd**<br>**Santa Monica, CA 90401** | **Checking Account**<br>**Account No.: 6345** | **Amount: $0.00**<br>**Date: 8/2010** |
| **Union Bank**<br>**5748 Sunrise Blvd**<br>**Citrus Heights, CA 95610** | **Money Market Account**<br>**Account No.: 0435** | **Amount: $0.00**<br>**Date: 8/2010** |
| **Wells Fargo Bank**<br>**8870 Madison Ave.**<br>**Roseville, CA 95661** | **Checking Account**<br>**Account No.: 4789** | **Amount: $0.00**<br>**Date: 4789** |

7

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Pacific Western Bank<br>120 Wilshire Blvd<br>Santa Monica, CA 90401 | Money Market Account<br>Account No.: 4555 | Amount: $0.03<br>Date: 6/28/2010 |
| Pacific Western Bank<br>120 Wilshire Blvd.<br>Santa Monica, CA 90401 | Money Market Account<br>Account No.: 4563 | Amount: $45.98<br>Date: 7/29/10 |
| California Bank & Trust<br>1331 Broadway<br>Sacramento, CA 95818 | Money Market Account<br>Account No.: 6456 | Amount: $0.00<br>Date: 7/31/2010 |
| Wells Fargo Bank<br>Sac Commercial Bank<br>8870 Madison Avenue<br>Fair Oaks, CA 95628 | Money Market Account<br>Account No.: 4789 | Amount: $25.36<br>Date: 6/30/2010 |
| Pacific Western Bank<br>120 Eilshire Blvd<br>Santa Monica, CA 90401 | Money Market Account<br>Account No.: 6345 | Amount: $16.10<br>Date: 6/30/2010 |

## 12.  Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13.  Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14.  Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15.  Prior address of debtor

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 2102 E. Balboa Blvd., Newport Veach, CA  92661 | Dale Alfred Williams | 10/1/2007 to 6/2009 |
| 44 Blue Heron, Irvine, CA  92603 | Dale Alfred Williams | 6/20/2007 to 4/9/2008 |

8

**16. Spouses and Former Spouses**

None ☐   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME
**Kimberly Williams
13 Clancey Lane South
Rancho Mirage, CA  92270
Sarah Williams
5324 Barefoot Bay Ct.
Bonita Springs, FL  34134**

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

9

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **See Attached** | | | | |

None ☑  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|-------------------------|
| **Lori Brenning, Leasco Management**<br>**9198 Greenback Lane, Suite 115**<br>**Orangevale, CA 95662** | **2009 to Present** |
| **Larry McLevich, Jones McLevich Glazer**<br>**641 Fulton Avenue, Suite 201**<br>**Sacramento, CA 95825** | **2009 to 2011** |

None ☑  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|

None ☑  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|

None ☑  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|

**20. Inventories**

None ☑  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|-------------------|----------------------|-------------------------------------------------------------------|

| NAME | NATURE OF INTEREST; TITLE | LAST 4 DIGITS TAX ID | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|---------------------------|----------------------|---------|--------------------|-----------------------------|
| Bartlett Logistics One Management, LLC, a Nevada limited liability company | 69% ownership interest; Manager | 4879 | 9198 Greenback Lane, Suite 115 Orangevale, CA 95662 | Commercial Office Industrial Park | 5/17/2007 to Present |
| Bristol Berry Tract, Ltd., a California limited partnership | 93.75% ownership interest; General Partner | 1327 | 9198 Greenback Lane, Suite 115 Orangevale, CA 95662 | Office Building | 12/23/1981 to Present |
| Camp City, LLC, a Nevada limited liability company | 84% ownership interest; Manager | 5527 | 9198 Greenback Lane, Suite 115 Orangevale, CA 95662 | Mobile Home Park | 10/29/1998 to Present |
| Centurion 59046, LLC, a California limited liability company | 50% ownership interest; Non-managing member | 8403 | 9198 Greenback Lane, Suite 115 Orangevale, CA 95662 | Aircraft Owner | 6/24/2004 to 4/27/11 |
| Chateau Oaks Investors Limited Parternship, a Nevada limited partnership | 66.6% ownership interest; | 4091 | 9198 Greenback Lane, Suite 115 Orangevale, CA 95662 | Mobile Home Park Co-Tenancy with Cypress Investors | 2/7/1997 to Present |
| Chateau Oaks Management, LLC, a Nevada limited liability company | 77.0642% ownership interest; Manager | 4093 | 9198 Greenback Lane, Suite 115 Orangevale, CA 95662 | No business operations GP for Chateau Oaks Investors | 11/29/1995 to Present |
| Cherokee Management, LLC, a Nevada limited liability company | 94.167% ownership interest; Manager | 936 | 9198 Greenback Lane, Suite 115 Orangevale, CA 95662 | No business operations GP for Sure Save Palm Desert | 11/21/1994 to Present |
| Cypress Investors, Ltd., a Nevada limited partnership | 68.261% ownership interest; Manager | 6608 | 9198 Greenback Lane, Suite 115 Orangevale, CA 95662 | Mobile Home Park Co-Tenancy with Chateau Oaks Investors | 2/7/1997 to Present |
| Cypress Management, LLC, a Nevada limited liability company | 99% ownership interest; Manager | 3960 | 9198 Greenback Lane, Suite 115 Orangevale, CA 95662 | No business operations GP for Cypress Investors | 11/17/2003 to Present |
| FBFSA, LLC, a Delaware limited liability company | 100% ownership interest; Manager | 6357 | 9198 Greenback Lane, Suite 115 Orangevale, CA 95662 | No business operations | 10/13/2009 to Present |
| Houston 5 Storage, L.P., a Nevada limited partnership | 88% ownership interest; Manager | 9571 | 9198 Greenback Lane, Suite 115 Orangevale, CA 95662 | Self-Storage | 11/13/1997 to Present |
| Houston 5 Storage Management, LLC, a Nevada limited liability company | 75% ownership interest; Manager | 26 | 9198 Greenback Lane, Suite 115 Orangevale, CA 95662 | No business operations GP for Houston 5 Ltd. | 11/20/1997 to Present |
| Kirkman, Kennedy, Edgewater Management, LLC, a Nevada llimited liability company | 69% ownership interest; Manager | 4964 | 9198 Greenback Lane, Suite 115 Orangevale, CA 95662 | Commercial Industrial | 5/17/2007 to Present |
| Lake Osborne Self Storage, LLC, a Nevada limited liability company | 67% ownership interest; Manager | 3659 | 9198 Greenback Lane, Suite 115 Orangevale, CA 95662 | Self-Storage | 8/5/2003 to Present |
| Lantana Cascade, LP, a Nevada llimited partnership | 2% ownership interest; _____ | 2303 | 9198 Greenback Lane, Suite 115 Orangevale, CA 95662 | Commercial Industrial | 5/13/1996 to Present |
| Leasco Aviation 405DW, Inc., a Nevada corporation | 100% ownership interest; President | 5205 | 9198 Greenback Lane, Suite 115 Orangevale, CA 95662 | Aircraft Ownership | 11/5/2002 to Present |
| Leasco Aviation, Inc., a Nevada corporation | 96% ownership interest  Leasco Real Estate Investments, LLC | 935 | 9198 Greenback Lane, Suite 115 Orangevale, CA 95662 | GP for Leasco Real Estate Investment, LLC | 1/17-1995 to Present |
| Leasco Aviation Storage, Inc., a Nevada corporation | 4.762% ownership interest; President | 2062 | 9198 Greenback Lane, Suite 115 Orangevale, CA 95662 | No business operations | 3/26/2004 to Present |
| Leasco Investment, Inc., A California Corporation | 100% ownership interest | 39410 | 9198 Greenback Lane, Suite 115 Orangevale, CA 95662 | No business operations | 12/10/1979 to present |
| Leasco Management Company,  LTD., a Nevada Limited Partnership | | 3247 | 9198 Greenback Lane, Suite 115 Orangevale, CA 95662 | Property Management | 12/1/1996 to present |

| NAME | NATURE OF INTEREST; TITLE | LAST 4 DIGITS TAX ID | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|---|
| Leasco Real Estate Investments, LLC, a Nevada limited liability company | 3.5% ownership interest; Manager | 935 | 9198 Greenback Lane, Suite 115 Orangevale, CA 95662 | Property Management | 10/1/1996 to Present |
| Leasco Realty Company, Inc., a Nevada corporation | 100% ownership interest; President | 7620 | 9198 Greenback Lane, Suite 115 Orangevale, CA 95662 | Commerical Industrial | 11/5/1985 to Present |
| Lodi Investors, LLC, a Nevada limited liability company | 69.9455% ownership interest; Manager | 5045 | 9198 Greenback Lane, Suite 115 Orangevale, CA 95662 | Self-Storage | 12/4/2002 to Present |
| Longwood Stor-It, LLC, a Nevada limited liability company | 83% ownership interest; Manager | 2922 | 9198 Greenback Lane, Suite 115 Orangevale, CA 95662 | Self-Storage | 11/10/2003 to Present |
| Lottastorage, LLC, a Nevada limited liability company | 97% ownership interest; Manager | 7623 | 9198 Greenback Lane, Suite 115 Orangevale, CA 95662 | Self-Storage | 8/31/1998 to Present |
| Maxey Storage, L.P., a Nevada limited partnership | 74.25% ownership interest; Manager | 9433 | 9198 Greenback Lane, Suite 115 Orangevale, CA 95662 | Self-Storage | 12/9/2005 to Present |
| Maxey Storage Management, LLC, a Nevada limited liability company | 75% ownership interest; Manager | 315 | 9198 Greenback Lane, Suite 115 Orangevale, CA 95662 | Self-Storage GP for Maxey Storage LTD | 12/9/2005 to Present |
| Orange Blossom Trail, LLC, a Nevada limited liability company | 81% ownership interest; Manager | 9419 | 9198 Greenback Lane, Suite 115 Orangevale, CA 95662 | No business operations Bare ground | 2/1/2006 to Present |
| RGD Trust | Dale Williams, Trustee | 8728 | 9198 Greenback Lane, Suite 115 Orangevale, CA 95662 | Limited Partner in Houston 5 Ltd | 10/14/1979 to present |
| Rory I, LP, a California limited partnership | 0.79895% ownership interest; | 6878 | 9198 Greenback Lane, Suite 115 Orangevale, CA 95662 | No business operations Ltd partner in Lantana & Bristol Berrry | 12/1/1995 to Present |
| Rosebay Investors Limited Partnership, a Nevada limited partnership | 78.3% ownership interest; Manager | 4092 | 9198 Greenback Lane, Suite 115 Orangevale, CA 95662 | Mobile Home Park | 12/1/1995 to Present |
| Rosebay Management, LLC, a Nevada limited company | 98.7084% ownership interest; Manager | 4094 | 9198 Greenback Lane, Suite 115 Orangevale, CA 95662 | No business operations GP for Rosebay Investors, LLC | 8/12/1985 to Present |
| RS Minerals, LLC, a Nevada limited liability company | 83.5% ownership interest; Manager | 7599 | 9198 Greenback Lane, Suite 115 Orangevale, CA 95662 | No business operations | 2/16/2006 to Present |
| Simi Country | 12.020% ownership interest; _____ | | 9198 Greenback Lane, Suite 115 Orangevale, CA 95662 | Mobile Home Park | _____ |
| Simi Acres | 15.402% ownership interest; _____ | | 9198 Greenback Lane, Suite 115 Orangevale, CA 95662 | Mobile Home Park | _____ |
| South Coast Home Furnishing Center, LLC., a Nevada LLC | 62.97 % ownership interest | 5103 | 9198 Greenback Lane, Suite 115 Orangevale, CA 95662 | No business operations | 8/9/2007 to present |
| SCHFC Management Inc., a Nevada corporaton | 33.34% ownership interest | 5171 | 9198 Greenback Lane, Suite 115 Orangevale, CA 95662 | No business operations | 7/23/2007 to present |
| Storage Depot Investors, LLC, a Nevada limited liability company | 84.8799% ownership interest; Manager | 2896 | 9198 Greenback Lane, Suite 115 Orangevale, CA 95662 | Self-Storage | 5/25/2000 to Present |
| Sure Save, LLC, a Nevada limited liability company | 90% ownership interest; Managing Member | 7741 | 9198 Greenback Lane, Suite 115 Orangevale, CA 95662 | Self-Storage | 2/1/2003 to Present |
| Sure Save Storage Palm Desert, LLC, a Nevada limited liability company | 11.8959% ownership interest; Managing Member | 9540 | 9198 Greenback Lane, Suite 115 Orangevale, CA 95662 | Self-Storage | 2/11/2002 to Present |
| T-Can, LLC, a Nevada limited liability company | 45.78% ownership interest; Manager | 4766 | 9198 Greenback Lane, Suite 115 Orangevale, CA 95662 | Industrial  Note Receivable | 11/16/2001 to Present |

| NAME | NATURE OF INTEREST; TITLE | LAST 4 DIGITS TAX ID | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|---|
| TC Jester & 18th, Ltd., a Nevada limited partnership | 92.95% ownership interest; Manager | 594 | 9198 Greenback Lane, Suite 115 Orangevale, CA 95662 | Self-Storage | 6/12/2002 to Present |
| TC Jester & 18th Management, LLC, a Nevada limited liability company | 75% ownership interest; Manager | 589 | 9198 Greenback Lane, Suite 115 Orangevale, CA 95662 | No business operations GP for T.C. Jester & 18th Ltd. | 6/12/2002 to Present |
| Techno DVD, LLC, a Nevada limited liability company | 81.82% ownership interest; Co-Manager | 1123 | 9198 Greenback Lane, Suite 115 Orangevale, CA 95662 | Distribution Commercial Industrial | 1/2/2004 to Present |
| The 49-010-19, LP, a California limited partnership | 51% ownership interest; General Partner | 2546 | 9198 Greenback Lane, Suite 115 Orangevale, CA 95662 | Mobile Home Park | 12/29/1976 to Present |
| Villa Del Arroyo, Ltd., a California limited partnership | 58.35% ownership interest; General partner | 8663 | 9198 Greenback Lane, Suite 115 Orangevale, CA 95662 | No business operations | 6/15/1977 to Present pending dissolution |
| Watkins Mini Storage, LLC, a Nevada limited liability company | 69.9455% ownership interest; Manager | 4300 | 9198 Greenback Lane, Suite 115 Orangevale, CA 95662 | Self-Storage | 2/11/2001 to Present |
| Westwind Mobile Home Park, LLC, a Nevada limited liability company | 100% ownership interest; Manager | 6036 | 9198 Greenback Lane, Suite 115 Orangevale, CA 95662 | Mobile Home Park | 8/5/1998 to Present |
| Winter Garden Self Storage, LLC, a Nevada limited liability company | 88% ownership interest; Manager | 2159 | 9198 Greenback Lane, Suite 115 Orangevale, CA 95662 | Self-Storage | 8/1/2007 to Present |

None ☒    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ☒    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☒    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

---

**22 . Former partners, officers, directors and shareholders**

None ☒    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☒    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☒    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None ☒    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

None ☒    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

11

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   June 10, 2011                         Signature   /s/ Dale Alfred Williams
                                                          Dale Alfred Williams
                                                          Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

February 2006                                                                2006 USBC Central District of California

## United States Bankruptcy Court
### Central District of California

In re    Dale Alfred Williams _____        Case No.    8:11-bk-17595 RK
                                                              Chapter     11
                                              Debtor(s)

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
## PURSUANT TO 11 U.S.C. § 521 (a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to <u>one</u> of the following statements:

I,   Dale Alfred Williams  , the debtor in this case, declare under penalty of perjury under the laws of the United States of America that:

■    I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
     (*NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.*)

☐    I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐    I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.


I, __, the debtor in this case, declare under penalty of perjury under the laws of the United States of America that:

☐    I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
     (*NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.*)

☐    I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐    I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.


Date   June 10, 2011 _____        Signature   /s/ Dale Alfred Williams  *Dale A. Williams*
                                                         Dale Alfred Williams
                                                         Debtor

8135        LEASCO MANAGEMENT COMPANY LTD                    20-7B/1211        Check No    332567
            9198 GREENBACK LN - STE 115                                        Date:    06/07/11
            ORANGEVALE, CA  95662

                                                                              Check Amount
EIGHT HUNDRED FORTY-TWO and 76/100                              DOLLARS    $***842.76

                                                              VOID AFTER 90 DAYS

Pay to          009110       DALE A WILLIAMS
the order of                 9198 GREENBACK LANE
                             #15
                             ORANGEVALE, CA  95662

Primepay Nv Inc,                                    Billy D. Sutter
Bank of The West                                                          MR

THE FRONT OF THIS DOCUMENT HAS A BLUE AND GREEN BACKGROUND AND MICROPRINTING.

⑈⑈00332567⑈⑈ ⑈⑈121100782⑈⑈ 144016870⑈⑈

DALE A WILLIAMS          9198 GREENBACK LANE        ORANGEVALE, CA  95662    Check No:  332567  Date:06/07/11

| | Type | Hours | Rate | Earnings | Ded Type | Amount | YTD | | This Pay | YTD |
|---|---|---|---|---|---|---|---|---|---|---|
| EMP#   61 | REGULAR | | | 1041.67 | MED125 | 123.33 | 1356.63 | EARNINGS | 1041.67 | 11458.37 |
| CLOCK# 000061 | HOLIDAY | 8.00 | | 0.00 | Total: | 123.33 | 1356.63 | FEDERAL | 12.67 | 139.37 |
| DEPT# 009110 | | | | | | | | MEDICARE | 13.32 | 146.52 |
| FED M   3 | | | | | | | | SOC SEC | 38.57 | 424.27 |
| CA  M   3 | | | | | | | | CASDI | 11.02 | 121.22 |
| CA-SDI | | | | | | | | | | |

                                                                    Net Pay:    842.76

8135 LEASCO MANAGEMENT COMPANY LTD    9198 GREENBACK LN - STE 115    ORANGEVALE, CA  95662    Period Start: 05/16/11
Key: 6t7K-ghjH-4396-nT3g                                                                    Period End:   05/30/11

PrimePay
Payroll and Business Services

Form B203 - Disclosure of Compensation of Attorney for Debtor - (1/88)    1998 USBC, Central District of California

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re | Case No.: **8:11-bk-17595 RK** |
|---|---|
| **Dale Alfred Williams** | |
| Debtor. | **DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR** |

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $    245,675.00 |
   | Prior to the filing of this statement I have received | $    245,675.00 |
   | Balance Due | $    0.00 |

2. The source of the compensation paid to me was:

   ☒ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☒ Debtor    ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. The fee payment referenced herein constitutes payment for services rendered solely through the Petition Date. The Lobel Firm, LLP shall seek compensation from the Debtor's estate as governed by the applicable rules and sections of the Bankruptcy Code. As of the Petition Date, the Lobel Firm, LLP was holding retainer funds of $38,839.**50.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| June 10, 2011 | /s/ Mike D. Neue |
| *Date* | **Mike D. Neue 179303** |
| | *Signature of Attorney* |
| | **The Lobel Firm, LLP** |
| | *Name of Law Firm* |
| | **840 Newport Center Drive** |
| | **Suite 750** |
| | **Newport Beach, CA 92660** |
| | **(949) 999-2860  Fax: (949) 999-2870** |

B22B (Official Form 22B) (Chapter 11) (12/10)

In re    **Dale Alfred Williams**
_____
            Debtor(s)

Case Number:    **8:11-bk-17595 RK**
_____
            (If known)

# CHAPTER 11 STATEMENT OF CURRENT MONTHLY INCOME

In addition to Schedules I and J, this statement must be completed by every individual Chapter 11 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

| | **Part I. CALCULATION OF CURRENT MONTHLY INCOME** | | | |
|---|---|---|---|---|
| 1 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed. <br> a.  ■ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 2-10.** <br> b.  ☐ Married, not filing jointly. **Complete only column A ("Debtor's Income") for Lines 2-10.** <br> c.  ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 2-10.** | | | |
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | | **Column A** <br> **Debtor's Income** | **Column B** <br> **Spouse's Income** |
| 2 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | | $    2,084.00 | $ |
| 3 | **Net income from the operation of a business, profession, or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3. If more than one business profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. <br><br> a. Gross receipts — Debtor $ 68,634.00 / Spouse $ <br> b. Ordinary and necessary business expenses — Debtor $ 0.00 / Spouse $ <br> c. Business income — Subtract Line b from Line a | | $    68,634.00 | $ |
| 4 | **Net Rental and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. Do not enter a number less than zero. <br><br> a. Gross receipts — Debtor $ 0.00 / Spouse $ <br> b. Ordinary and necessary operating expenses — Debtor $ 0.00 / Spouse $ <br> c. Rent and other real property income — Subtract Line b from Line a | | $    0.00 | $ |
| 5 | **Interest, dividends, and royalties.** | | $    0.00 | $ |
| 6 | **Pension and retirement income.** | | $    0.00 | $ |
| 7 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by the debtor's spouse if Column B is completed. Each regular payment should be reported in only one column; if a payment is listed in Column A, do not report that payment in Column B. | | $    0.00 | $ |
| 8 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below: <br><br> Unemployment compensation claimed to be a benefit under the Social Security Act — Debtor $ 1,710.00 / Spouse $ | | $    0.00 | $ |
| 9 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. Total and enter on Line 9. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. <br><br> a. Debtor $ / Spouse $ <br> b. Debtor $ / Spouse $ | | $    0.00 | $ |
| 10 | **Subtotal of current monthly income.** Add lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 thru 9 in Column B. Enter the total(s). | | $    70,718.00 | $ |

B22B (Official Form 22B) (Chapter 11) (12/10)    2

| 11 | **Total current monthly income.** If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total.  If Column B has not been completed, enter the amount from Line 10, Column A. | $ | 70,718.00 |

| | Part II. VERIFICATION |

| 12 | I declare under penalty of perjury that the information provided in this statement is true and correct.  *(If this is a joint case, both debtors must sign.)* |

Date:  __June 10, 2011_____    Signature:  __/s/ Dale Alfred Williams__

Dale Alfred Williams
(Debtor)